Robert D. Phillips, Jr. (SBN 82639)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Minnesota Life Insurance Company,
erroneously sued as Minnesota Mutual Life
Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN WALL,<br><br>            Plaintiff,<br><br>     vs.<br><br>MINNESOTA MUTUAL LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. CIV.S-04-1314 WBS DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY ADJUDICATION AND PRE-TRIAL CONFERENCE** |

TO THE HONORABLE WILLIAM B. SHUBB, UNITED STATES DISTRICT COURT JUDGE:

The parties to this action, plaintiff Allen Wall ("plaintiff") and defendant Minnesota Life Insurance Company, erroneously sued as Minnesota Mutual Life Insurance Company ("Minnesota Life"), through their respective counsel of record, hereby stipulate and request that: (1) the hearing on Minnesota Life's Motion for Summary Adjudication, originally set for July 25, 2005, be continued until August 8, 2005;  (2) the deadlines to file any opposition and reply to the Motion be re-set in accordance with the new hearing date; and (3) the Pre-Trial Conference currently set for August 29, 2005, be re-set for September 12, 2005.

Good cause exists for granting the continuance.   Based on the current hearing date of July 25, 2005, plaintiff's opposition to the Motion and Minnesota Life's reply to the motion are due on July 8 and 18, respectively.  Plaintiff's counsel will be out of town and unavailable until July 13, 2005.  As such, plaintiff would not be able to prepare his opposition by the July 8 due date, and Minnesota Life would not have adequate time to prepare its reply.  Accordingly, the parties request a continuance of the hearing date and the respective deadlines to allow the parties adequate time to prepare their papers.

Moreover, the Pre-Trial Conference is currently set for August 29, 2005.  Lead trial counsel for Minnesota Life is set to attend a hearing in Los Angeles on a motion for class certification in another matter on that same date.  Minnesota Life's counsel contacted plaintiff's counsel regarding a continuance of the Pre-Trial Conference, and plaintiff's counsel had no objections.  In addition, Minnesota Life's counsel was also advised by the Court that Judge Shubb would be unavailable on August 29, 2005, and the next available date for Pre-Trial Conference is September 12, 2005.   The parties would further request that the deadlines regarding the submission of pre-trial statements also be re-set in accordance with the new Pre-Trial Conference date.

There are no other pretrial dates that will be affected by the requested continuance. Moreover, the parties have not previously sought or obtained any continuances in this matter.

DATED: July 1, 2005.

By   /s/ James L. Bianchi
James L. Bianchi

Attorney for Plaintiff Allen Wall

DATED: July 1, 2005.

REED SMITH LLP

By   /s/ Eugenia S. Chern
Eugenia S. Chern

Attorneys for Defendant
Minnesota Life Insurance Company, erroneously sued as Minnesota Mutual Life Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Upon reading the above Stipulation, and good cause appearing, the hearing date on Minnesota Life's Motion for Summary Adjudication is continued from July 25, 2005 until August 8, 2005 at 1:30 p.m. in Courtroom 5. Any opposition and reply to Minnesota Life's motion are to be filed and served in accordance with Local Rule 78-230(c) and (d), and the new hearing date. Moreover, the Pre-Trial Conference, originally set for August 29, 2005, is continued to September 12, 2005 at 10:00 a.m. in Courtroom 5. The parties' pre-trial statements are to be filed and served in accordance with Local Rules 16-281 and 16-282 and the new Pre-Trial Conference date.

Dated: July 5, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE