Robert D. Phillips, Jr. (SBN 82639)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Minnesota Life Insurance Company,
erroneously sued as Minnesota Mutual Life
Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN WALL,<br><br>           Plaintiff,<br><br>     vs.<br><br>MINNESOTA MUTUAL LIFE INSURANCE COMPANY,<br><br>           Defendant. | Case No. CIV.S-04-1314 WBS DAD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff Allen Wall and defendant Minnesota Life Insurance Company, erroneously sued as Minnesota Mutual Life Insurance Company, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1).

The parties shall each bear their own costs and attorney fees.

DATED: September 14, 2005.

By   /s/ James L. Bianchi
James L. Bianchi

Attorneys for Plaintiff Allen Wall

DATED: September 23, 2005.

REED SMITH LLP

By   /s/ Eugenia S. Chern
Eugenia S. Chern

Attorneys for Defendant
Minnesota Life Insurance Company, erroneously sued as Minnesota Mutual Life Insurance Company

**IT IS SO ORDERED.**

Dated: September 26, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE